**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JORGE CRUZ, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-17-238 |
| TEXAS STEEL CONVERSION, INC., | § § § | |
| *Defendant*. | § § | |

**ORDER**

The joint stipulation of dismissal with prejudice (Dkt. 15) is GRANTED. It is therefore ORDERED that this cause of action is DISMISSED with prejudice. Each party shall bear their own costs and attorneys' fees.

Signed at Houston, Texas on February 8, 2018.

_____
Gray H. Miller
United States District Judge